# Notice Recipients

District/Off: 1087–5    User: dwebs    Date Created: 11/13/2020
Case: 20–10410    Form ID: 318    Total: 88

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    Gayla D. Rodgers

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    Ustpregion20.oc.ecf@usdoj.gov
aty    Aaron D Compton    adcompton777@gmail.com
aty    Angela C Jones    ajones@pncj.com
aty    Kenneth L. Spears    klspears@coxinet.net
aty    Susan J. Manchester    susanmanchester@sbcglobal.net

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    David Pierce    PO Box 1014    Rush Springs, OK 73082–1014
tr    Susan J. Manchester    1100 N Shartel    Oklahoma City, OK 73103
cr    The First National Bank and Trust Company, Chickasha    P.O. Box 1130    Chickasha, Ok 73023
cr    Gayla Diane Pierce    PO Box 1014    Rush Springs, OK 73082
6424485    3B Industries    PO Box 37    Comanche, OK 73529–0037
6424486    A One Chemicals    PO Box 63    Martinsville, TX 75958–0063
6424491    AT&T    c/o Bankruptcy    1801 Valley View Ln    Farmers Branch, TX 75234–8906
6424487    Account Management Resources Llc,    PO Box 60607    Oklahoma City, OK 73146–0607
6424488    Acct Mgmt Resources Ll    726 W Sheridan Ave    Oklahoma City, OK 73102–2412
6424489    American Electric    PO Box 371496    Pittsburgh, PA 15250–7496
6424490    American Finansco    32416 Autumn Forest Ct    Magnolia, TX 77354–6888
6424495    BS Marketing    15 N 8th St Ste 200    Duncan, OK 73533–4601
6424492    Bates Repair Service    7050 Highway 81    Chickasha, OK 73018
6424493    Bison Oilfield    PO Box 248819    Oklahoma City, OK 73124–8819
6424494    Blue Cross Blue Shield of Oklahoma    PO Box 3283    Tulsa, OK 74102–3283
6424496    Central States Recovery    PO Box 3130    Hutchinson, KS 67504–3130
6424497    Cheek & Falcone, PLLC    6301 Waterford Blvd    Oklahoma City, OK 73118–1162
6424498    Chickasha Oilfield Supply    PO Box 1746    Chickasha, OK 73023–1746
6424499    Compusource    PO Box 269021    Oklahoma City, OK 73126
6424500    Craig PC    PO Box 309    Ninnekah, OK 73067–0309
6424501    Credit Collections Inc    PO Box 60607    Oklahoma City, OK 73146–0607
6424502    Dept of Environmental Quality    PO Box 2036    Oklahoma City, OK 73101
6424503    Direct TV    PO Box 6550    Greenwood Village, CO 80155–6550
6424504    Directional Fluid Disposals    6801 Camille Ave    Oklahoma City, OK 73149–5204
6424505    Discount Auto Supply    806 S Broadway St    Marlow, OK 73055–3434
6424506    Fastenal    PO Box 1286    Winona, MN 55987
6424507    Gayla D. Pierce    604 S Rush Ave    Rush Springs, OK 73082–3134
6496105    Gayla D. Rodgers    4873 County Street 2850    Marlow, OK 73055
6424508    Grady Memorial Hospital    2220 W Iowa Ave    Chickasha, OK 73018–2738
6479729    Heavy Truck & Trailer Parts Inc    1400 E Bois D'Arc    Duncan, OK 73533
6424509    Heavy Truck and Trailer    1400 E Bois D Arc Ave    Duncan, OK 73533–9493
6424510    Hoover Materials Handling Group Inc.    2135 Highway 6 S    Houston, TX 77077–4319
6424511    Internal Revenue Service    Centralized Insolvency Op.    PO Box 21126    Philadelphia, PA 19114–0326
6424512    International Development Services    7900 E Union Ave Ste 1100    Denver, CO 80237–2746
6424513    Interstate Batteries of Western OK    3108 S 4th St    Chickasha, OK 73018–7257
6424514    Jennifer Black    3262 Westheimer Rd # 651    Houston, TX 77098–1002
6424515    Johnson Law Firm    1250 Barclay Blvd # 200    Buffalo Grove, IL 60089–4500
6424516    K and S Tire    PO Box 686    Kingfisher, OK 73750–0686
6424517    Kevin Lee Fritz    714 Locust St    Saint Louis, MO 63101–1603
6424518    Kimbell Midwest    4800 Roberts Rd    Columbus, OH 43228–9791
6424519    Kraft Leasing    320 Kindleberger Rd    Kansas City, KS 66115–1204
6424520    Liberty National Bank    1924 S 4th St    Chickasha, OK 73018–5929
6424521    Martin Foster    PO Box 44    Marlow, OK 73055
6424522    Matco Tools    1013 Black Rd    Marlow, OK 73055–5235
6424523    Milestone Equipment Holdings, LLC    1900 S Portland Ave    Oklahoma City, OK 73108–3810
6424524    Milestone Trailer Leasing    40 Karydan Ct    Saint Charles, MO 63301
6424525    Nalco Company    PO Box 730005    Dallas, TX 75373
6424526    NetPro    PO Box 1305    Duncan, OK 73534–1305
6488203    NetPro IT LLC    506 W Elk Avenue    Duncan OK 73533
6424527    Ninnekah Truck Shop    1240 US HIGHWAY 277    Chickasha, OK 73018
6424528    Northern Safety    PO Box 4250    Utica, NY 13504
6424529    Oklahoma Dept of Labor    3017 N Stiles Ave Ste 100    Oklahoma City, OK 73105–2807
6489401    Oklahoma Tax Commission    General Counsel's Office    100 N. Broadway Ave., Suite 1500    Oklahoma City, OK 73102

| | | | |
|---|---|---|---|
| 6424530 | Oklahoma Tax Commission | PO Box 26800 | Oklahoma City, OK 73126–0800 |
| 6424531 | Oliver Cvitanic Md PA | 9901 S Pennsylvania Ave | Oklahoma City, OK 73159–6920 |
| 6424532 | Oliver Cvitanic, MD | 9901 S Pennsylvania Ave | Oklahoma City, OK 73159–6920 |
| 6424533 | Polston Tax Resolution | 2424 Springer Dr Ste 100 | Norman, OK 73069–3966 |
| 6424534 | Quality Petroleum | PO Box 15308 | Little Rock, AR 72231 |
| 6482207 | Quality Petroleum, Inc | P O Box 15308 | Little Rock, AR 72231–5308 |
| 6424535 | R and L Auto Supply | 4223 CS 2806 | Rush Springs, OK 73082 |
| 6424539 | RP Tank Wash, LLC | PO Box 1014 | Rush Springs, OK 73082 |
| 6424540 | RP Truck Shop, LLC | PO Box 1014 | Rush Springs, OK 73082 |
| 6424541 | RP Trucking, LLC | PO Box 1041 | Rush Springs, OK 73082 |
| 6424536 | Randy Dearinger | 118 N 4th St | Chickasha, OK 73018–2602 |
| 6424537 | Real Time Labor Pro | PO Box 21728 | Tampa, FL 33622 |
| 6424538 | Richard G. Hoefling | 1520 S York Rd | Gastonia, NC 28052–6138 |
| 6424542 | Rush Truck Center | 8700 W IH–40 | Oklahoma City, OK 73101 |
| 6424543 | S and S Logistics | PO Box 258831 | Oklahoma City, OK 73125 |
| 6424544 | Safety Kleen | PO Box 650509 | Dallas, TX 75265 |
| 6424545 | Southern Tank Leasing, Inc. | PO Box 1237 | Demopolis, AL 36732 |
| 6424546 | Synerprise Consulting | 5651 Broadmoor St | Mission, KS 66202–2407 |
| 6424547 | Synerprise Consulting SE | 5651 Broadmoor St | Mission, KS 66202–2407 |
| 6424548 | The Ambassador Company | 1520 S York Rd | Gastonia, NC 28052–6138 |
| 6483521 | The First National Bank & Trust Company | PO Box 1130 | Chickasha OK 73023 |
| 6424549 | The First National Bank & Trust Co. | 1100 N Council Ave | Blanchard, OK 73010–8037 |
| 6483687 | The First National Bank & Trust Company | PO Box 1130 | Chickasha OK 73023 |
| 6424550 | Tinker Fcu | PO Box 45750 | Tinker AFB, OK 73145–0750 |
| 6424551 | Unifirst | 2130 E California Ave | Oklahoma City, OK 73117–4617 |
| 6424552 | Univar | PO Box 849027 | Dallas, TX 75284–9027 |
| 6424553 | Veterans Waste Solutions | 5000 Falls of Neuse Rd Ste 405 | Raleigh, NC 27609–5480 |
| 6424554 | Wichita Waste Management | PO Box 1795 | Wichita Falls, TX 76307 |
| 6424555 | Xtra Lease | 640 Cepi Dr Ste A | Chesterfield, MO 63005–1366 |

TOTAL: 82